**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Lorenzo ORNELAS–QUINTERO, Defendant–Appellant.**

No. 05–30304.

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2006.*

Filed May 19, 2006.

Jack B. Haycock, Esq., USPO–Office of the U.S. Attorney, Pocatello, ID, for Plaintiff–Appellee.

Nicolas V. Vieth, Esq., Federal Defender's of Eastern Washington & Idaho, Pocatello, ID, for Defendant–Appellant.

Before: B. FLETCHER, TROTT and CALLAHAN, Circuit Judges.

MEMORANDUM **

Lorenzo Ornelas–Quintero appeals from the 30–month sentence imposed following

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

his guilty plea conviction for illegal reentry, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Ornelas–Quintero contends that the district court erred in imposing an enhancement for a prior aggravated felony pursuant to U.S.S.G. § 2L1.2. Specifically, Ornelas–Quintero contends that his 1994 conviction under Cal. Health & Safety Code § 11350(a) was not an aggravated felony. Because a violation of Cal. Health & Safety Code § 11350(a) is punishable by more than one year imprisonment, we conclude that the district court properly determined that Ornelas–Quintero's prior conviction was an aggravated felony. *See* Cal.Penal Code § 18; *United States v. Rios–Beltran,* 361 F.3d 1204, 1209–10 (9th Cir.2004).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.